SNYDER LAW, a Professional Corporation
Barry Clifford Snyder (SB# 62844)
Diana A. Pugh (SB# 245202)
4050 Calle Real, Suite 200
Santa Barbara, CA 93110
Telephone No.: 805.692.2800
Facsimile No.: 805.692.2801

Attorneys for Defendants
DRENA C. PHILLIPS and C.R. ENGLAND, INC.

Stephen A. Roberts (SBN 95937)
The Otus Law Group
533 Airport Boulevard, Suite 505
Burlingame, CA 94010
Telephone No.: 650.548-2100
Facsimile No.: 650.342-2140

Attorneys for Plaintiff
CAMERINO GUERRERO CISNEROS

FILED
MAR 03 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| CAMERINO GUERRERO CISNEROS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DRENA C. PHILLIPS; CR ENGLAND and DOES I to 50, Inclusive,<br><br>　　　　　Defendants.<br>_____/ | Case No. 1:09-cv-01033-OWW GSA<br><br>**STIPULATION TO AMEND SCHEDULING ORDER** |

///
///

1  Pursuant to the Joint Scheduling Report, both defendants and plaintiff wish to amend their
2  disclosure date of expert witnesses to be 90 days before trial on July 15, 2010. Any rebuttal or
3  supplemental expert disclosures will be made 60 days before trial on August 13, 2010.

IT IS SO STIPULATED

Dated: March 1, 2010                    SNYDER LAW, a Professional Corporation

By: Barry Clifford Snyder / Diana A. Pugh
Attorneys for Defendants, DRENA C. PHILLIPS and
C.R. ENGLAND, INC.

Dated: March _1_ 2010                   THE OTUS LAW GROUP

By: Stephen A. Roberts
Attorneys for Plaintiff, CAMERINO GUERRERO
CISNEROS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| CAMERINO GUERRERO CISNEROS, | Case No. 1:09-cv-01033-OWW GSA |
| Plaintiff, | **ORDER ON STIPULATION TO AMEND SCHEDULING ORDER** |
| v. | |
| DRENA C. PHILLIPS; CR ENGLAND and DOES 1 to 50, Inclusive, | |
| Defendants. | |

**ORDER ON STIPULATION**

Based on the agreement of the parties, as set forth in the Joint Scheduling Report, the court enters the parties' stipulation as the ORDER of the court.

Dated: 3-2-10

Hon. Oliver W. Wanger