**SNYDER LAW, LLP**
**Barry Clifford Snyder (SB# 62844)**
**Diana Pugh Lytel (SB# 245202)**
Post Office Box 1236
Santa Barbara, California  93116
Telephone No.:  805.692.2800
Facsimile No.:   805.692.2801

Attorneys for Defendants
DRENA C. PHILLIPS and C.R. ENGLAND, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| CAMERINO GUERRERO CISNEROS, | **Case No. 1:09-cv-01033-OWW-SKO** |
| Plaintiff, | **Hon. Oliver W. Wanger, Sr. District Judge**  **Hon. Sheila K. Oberto, Magistrate Judge** |
| v. | |
| DRENA C. PHILLIPS; CR ENGLAND and DOES 1 to 50, Inclusive, | **JOINT STIPULATION AND ORDER TO CONTINUE DATES** |
| Defendants. | Complaint filed: April 27, 2009 Trial Date: October 13, 2010 |

Whereas on February 25, 20100, the Court entered a Scheduling Conference Order (Document No. 22) setting forth the following deadlines in this matter:

| | |
|---|---|
| Expert Disclosure Deadline: | April 1, 2010 |
| Supplemental Expert Disclosure Deadline: | April 30, 2010 |
| Non-Expert Discovery Deadline: | June 1, 2010 |
| Pre-Trial Motion Filing Deadline: | June 30, 2010 |
| Pre-Trial Motion Hearing Deadline: | August 2, 2010 |
| Settlement Conference: | August 4, 2010, 10:30 a.m., Ctrm. 8 |
| Pre-Trial Conference: | September 7, 2010, 11:00 a.m., Ctrm. 3, 7th Flr. |
| Jury Trial (8 days est.): | October 13, 2010, 9:00 a.m., Ctrm. 3, 7th Flr. |

Whereas, on March 3, 2010, pursuant to the parties' Stipulation and Order of same, the Scheduling Order was amended to reflect the following:

    Expert Disclosure Deadline:                      July 15, 2010

    Supplemental Expert Disclosure Deadline:    August 13, 2010

Whereas, plaintiff and defendants have proceeded with non-expert discovery and have taken the depositions of certain party deponents, and desire to do additional non-expert and expert discovery, including taking depositions of party-deponents as well as non-party deponents, who are located out of state.  In addition, plaintiff has not yet had the opportunity to depose defendants' medical expert (Dr. Morgan), as his report from the medical exam of plaintiff has not yet been completed.

Whereas, plaintiff and defendants wish to continue the settlement conference, pretrial and trial dates to allow for additional non-expert and expert discovery.

Accordingly, pursuant to the Local Rules of the United States District Court for the Eastern District of California, Rules 6-144 and 83-143, plaintiff and defendants, by and through their respective attorneys of records, STIPULATE AND AGREE that

1.    Subject to the Court's approval, the following case dates in this matter be continued for approximately three months as follows:

    Expert Disclosure Deadline:                      October 14, 2010

    Supplemental Expert Disclosure Deadline:    November 12, 2010

    Non-Expert Discovery Deadline:               August 31, 2010

    Pre-Trial Motion Filing Deadline:              September 29, 2010

    Pre-Trial Motion Hearing Deadline:            November 1, 2010

    Settlement Conference:                          November 17, 2010, 11:00 a.m., Ctrm. 8

    Pre-Trial Conference:                            December 13, 2010, 11:00 a.m., Ctrm. 3, 7th Flr.

    Jury Trial (8 days est.):                         February 1, 2011,  9:00 a.m., Ctrm. 3, 7th Flr.

All parties that have appeared in this action, have signed below, indicating their agreement to this stipulation.

Dated: July 26, 2010          The Otus Law Group

/s/ STEPHEN A. ROBERTS
By: Stephen A. Roberts
Attorneys for Plaintiff
CAMERINO GUERRERO CISNEROS

Dated: July 21, 2010          SNYDER LAW, LLP

/s/ BARRY CLIFFORD SNYDER
By:  Barry Clifford Snyder / Diana Pugh Lytel
Attorneys for Defendants, DRENA C. PHILLIPS and
C.R. ENGLAND, INC.

**PURSUANT TO THIS STIPULATION, IT IS SO ORDERED**

DATED: July 27, 2010

/s/ OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

**SNYDER LAW, LLP**
Post Office Box 1236
Santa Barbara, CA  93116

3

JOINT STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE DATES