UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERINO GUERRERO CISNEROS,  ) | |
| ) | 1:09-CV-01033 OWW SKO |
| Plaintiff,  ) | |
| ) | ORDER DISMISSING ACTION FOR |
| v.    ) | FAILURE TO SUBMIT |
| ) | STIPULATED DISMISSAL |
| DRENA C. PHILLIPS ET AL,  ) | |
| ) | |
| Defendant.  ) | |

The parties in this matter having previously notified the court that a settlement had been reached in this matter, and having failed to submit a stipulated dismissal as requested;

IT IS HEREBY ORDERED that this action is dismissed without prejudice.


IT IS SO ORDERED.

**Dated:   January 25, 2011**           /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

1